UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:05-MJ-0097-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| ROBERTA LYNN SOTO, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on February 8, 2005.

DATED this __28th__ day of April, 2008.

GREGORY A. BROWER
United States Attorney

/s/ Russell E. Marsh
For:   RUSSELL E. MARSH
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __31st__ day of __March__ ~~2008~~. 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge